UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x    18-cv-06677

Jacinto Orzuna on behalf of himself and others

Similarly situated                                                                  FRCP Rule 68

                                   Plaintiff                                  Offer of Judgment

                     -against-

Zocola LLC d/b/a Tavola Nicholas Accardi

Giancarlo del Lanzo


                                    Defendant

_____X


    To the Clerk of this Court and all parties of record:


    Pursuant to Rule 68 of the Federal Rules of Civil Procedure Defendants Zocola LLC d/b/a Tavola Nicholas Accardi and Giancarlo del Lanzo   hereby offers to allow Judgment to be entered against them jointly and severally in this action in the amount of $21,069.00 including all of the Plaintiff's claims for relief. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that the defendants have violated any Federal or Local laws pertaining to architectural barriers or the free use and enjoyment of the defendants restaurant, are liable in this action, or that the Plaintiff Michael Adams, has suffered any damage.  This Offer of Judgment shall be filed, in a proceeding to determine costs, or if accepted.


Dated:  Queens, New York 11101

      August 8, 2018                                                  *Christopher R. Lynn*

                                                              _____

Christopher Lynn (CL-6981)

TO: Justin Cilenti

Cilenti & Cooper PLLC

Attorneys for the Plaintiff

708 Third Avenue 6th floor

New York, New York 10017